566

400 A.2d 605

Commonwealth v. Crandall, Appellant.

Petition for Allowance of Appeal Granted July 30, 1979.

Argued December 5, 1978. Stephen H. Serota, for appellant; James D. Welsh, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, SPAETH and WATKINS, JJ.

Judgment of sentence affirmed.

400 A.2d 606

Commonwealth v. Debman, Appellant.

Argued December 4, 1978. James Edward Mugford, Sr., for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, SPAETH and WATKINS, JJ.

Judgment of sentence affirmed.